UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-138 |
| Plaintiff, | JUDGE LITKOVITZ |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| SAMUEL SAXON, | |
| Defendant. | |

The United States Attorney respectfully represents that **SAMUEL SAXON (JMS No.: 1815569; Control No.: 14793683; DOB: 7/2/78**), defendant in this cause, is detained in the custody of the Warden, at the Hamilton County Justice Center, 1000 Sycamore Street, Cincinnati, Ohio 45202.

Petitioner further represents that the above-styled case has been set for Initial Appearance on Criminal Complaint and Initial Appearance on Indictment on **December 18, 2025**, before the Honorable Karen L. Litkovitz, United States Magistrate Judge for the Southern District of Ohio.

WHEREFORE, Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Southern District of Ohio, and/or to any other authorized law enforcement officer, to bring the person of the above-named defendant before the Honorable Karen L. Litkovitz, Potter Stewart U.S. Courthouse, Room 708, 100 East Fifth Street, Cincinnati, Ohio, on the **18th day of December, 2025, at 1:30 P.M.** for the purpose of the proceeding stated above and retain him for forthcoming court proceedings until this case is concluded.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*/s/ Julie D. Garcia*
JULIE D. GARCIA (CA 288624)
ASHLEY N. BRUCATO (0090989)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Julie.Garcia@usdoj.gov
Ashley.Brucato@usdoj.gov