UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    Plaintiff,<br><br>        v.<br><br>**SAMUEL SAXON,**<br><br>    Defendant. | **CASE NO. 1:25-CR-138**<br><br>**JUDGE McFARLAND**<br><br>**<u>MOTION TO UNSEAL CASE</u>** |

The United States respectfully requests that the above-captioned case be unsealed. The defendant is in state custody, and a federal detainer has been filed. The United States respectfully submits that it is no longer necessary to maintain this case under seal.

    Respectfully submitted,

    DOMINICK S. GERACE II
    United States Attorney

    */s/ Julie D. Garcia*
    JULIE D. GARCIA (CA 288624)
    ASHLEY N. BRUCATO (0090989)
    Assistant United States Attorney
    221 E 4th Street, Suite 400
    Cincinnati, Ohio 45202
    Office: (513) 684-3711
    Julie.Garcia@usdoj.gov
    Ashley.Brucato@usdoj.gov